# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**KHEPRA M. ROBERSON**                                                       **PLAINTIFF**

**v.**                                    **Case No. 4:12-cv-00222-KGB**

**PULASKI COUNTY, ARKANSAS;**
**DOC HOLLADAY; KELVIN HENDRIX;**
**JESSEE LAKE; SHAWN SMITH;**
**BOBBIE TOWNSEND; and DENISE ATWOOD**                     **DEFENDANTS**

## ORDER OF DISMISSAL

Before the Court is plaintiff Khepra M. Roberson's motion to dismiss with prejudice (Dkt. No. 21).  Ms. Roberson moves to dismiss with prejudice her claims against separate defendants Shawn Smith, Bobbie Townsend, and Denise Atwood. Fed. R. Civ. P. 41(a)(2). For good cause shown, the Court grants Ms. Roberson's motion and dismisses with prejudice her claims against separate defendants Shawn Smith, Bobbie Townsend, and Denise Atwood.

SO ORDERED this the 1st day of April, 2013.

_____

Kristine G. Baker
United States District Judge