**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**KHEPRA M. ROBERSON**                                                                                      **PLAINTIFF**

v.                                    Case No. 4:12-cv-00222-KGB

**PULASKI COUNTY, ARKANSAS;**
**DOC HOLLADAY; KELVIN HENDRIX;**
**JESSEE LAKE; SHAWN SMITH;**
**BOBBIE TOWNSEND; and DENISE ATWOOD**                           **DEFENDANTS**

**ORDER OF DISMISSAL**

Before the Court is plaintiff Khepra M. Roberson's motion to dismiss with prejudice (Dkt. No. 22). Ms. Roberson moves to dismiss with prejudice her claims against separate defendants Pulaski County, Arkansas, Doc Holladay, Kelvin Hendrix, and Jesse Lake. Fed. R. Civ. P. 41(a)(2). For good cause shown, the Court grants Ms. Roberson's motion and dismisses with prejudice her claims against separate defendants Pulaski County, Arkansas, Doc Holladay, Kelvin Hendrix, and Jesse Lake.

SO ORDERED this the 1st day of April, 2013.

_____
Kristine G. Baker
United States District Judge