IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**KHEPRA M. ROBERSON**                                                              **PLAINTIFF**

v.                               Case No. 4:12-cv-00222-KGB

**PULASKI COUNTY, ARKANSAS;**
**DOC HOLLADAY; KELVIN HENDRIX;**
**JESSEE LAKE; SHAWN SMITH;**
**BOBBIE TOWNSEND; and DENISE ATWOOD**                          **DEFENDANTS**

## JUDGMENT

Consistent with the Orders that were entered on this date (Dkt. Nos. 23 and 24), it is considered, ordered, and adjudged that this case is dismissed with prejudice.

SO ORDERED this the 1st day of April, 2013.

_____
Kristine G. Baker
United States District Judge